UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.

ROBERT W. RUDOWSKI,
also known as
ROBERT W. RUDOWSKI II;
BARBARA E. RUDOWSKI;
OPTION ONE MORTGAGE
CORPORATION;
QUICK BRIDGE FUNDING LLC; and,
SAINT CLAIR COUNTY, MICHIGAN,

     *Defendants.*

Case No. 2:24-cv-12785

Hon. Mark A. Goldsmith

---

## ORDER GRANTING JOINT MOTION TO STAY CASE (Dkt. 25)

On April 23, 2025, the Court held a hearing on the joint motion to stay the case (Dkt. 25) as well as attorney David Lin's motion and amended motion to withdraw as counsel for Barbara and Robert Rudowski (Dkts. 23, 25).[1]  For the reasons set forth on the record, the Court grants the parties' joint motion to stay the

---

[1] The Court has entered a separate order addressing the motions to withdraw.  See Order Granting Mot. (Dkt. 29).

case (Dkt. 25). The Court stays this case until the earlier of the appearance of counsel

for Robert and Barbara Rudowski or by Monday June 9, 2025.[2]

**IT IS SO ORDERED**

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2025

---

[2] The Court granted the Rudowskis 45 days to obtain counsel.  However, 45 days from the date of the hearing falls on a Saturday. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), the period runs "until the end of the next day that is not a Saturday, Sunday, or legal holiday," which is Monday June 9, 2025.